McGREGOR W. SCOTT
United States Attorney
GARY M. LEUIS
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARC WALDEN,<br><br>Defendant. | Case No. 1:18-mj-00181-SAB<br><br>**STIPULATION TO CONTINUE; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, Special Assistant United States Attorney Gary M. Leuis, and Defendant Marc Walden, that the Court continue the November 15, 2018 hearing to January 17, 2019.

The government has received notice that the Defendant lives in Pensacola, FL, and was unable to return to his home until recently due to the impact of Hurricane Michael. Mr. Walden is in the process of retaining defense counsel and intends to appear via video in his local district in Florida for his initial appearance in this matter. Accordingly, the parties request that the Court continue Mr. Walden's November 15, 2018 hearing to January 17, 2019.

//

//

//

//

|   |   |
|---|---|
| | Respectfully submitted, |
| | McGREGOR W. SCOTT<br>United States Attorney |
| Date: November 13, 2018 | */s/ Gary M. Leuis*<br>GARY M. LEUIS<br>Special Assistant United States Attorney |
| Date: November 13, 2018 | */s/ Marc Walden*<br>MARC WALDEN<br>Defendant |

# **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the November 15, 2018 hearing for Marc Walden, Case No. 1:18-mj-00181-SAB, is continued to January 17, 2019 at 10:00 a.m. The defendant is ordered to personally appear on January 17, 2019 at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **November 13, 2018**

UNITED STATES MAGISTRATE JUDGE